JS ^

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUMIT GHOSH, INVESTMENTS USA, INC., ANOSUYA DATTA, CITYWIDE FUNDING, INC., LANDAMERICA INVESTMENTS LLC and SADARANG AMERICAN INTERNATIONAL PAC, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITI BANK, CITY OF LOS ANGELES, COUNTY OF LOS ANGELES and DENNIS CLEMONS,<br><br>Defendants. | Case No.: CV 10-7412 DSF (AGRx)<br><br>JUDGMENT |

This action came on for hearing on June 18, 2012, the Honorable Dale S. Fischer, District Judge, Presiding.  The Court ordered that summary judgment be entered in favor of sole remaining defendant Uniti Bank.  The arguments and evidence having been presented and fully considered, the issues having been heard, and a decision having been rendered,

　　IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing, that the action be dismissed with prejudice, and that Defendant Uniti Bank recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

1
2 Dated: 6/26/12 _____
3 Dale S. Fischer
United States District Judge
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28